Tracy L. Mainguy, Bar No. 176928
Operating Engineers Local Union No. 3 Trust Funds- Multi-Services
1620 South Loop Road
Alameda, CA 94502
(510) 748-7474

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| GIL CROSTHWAITE, JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA et al., <br><br> Plaintiffs, <br> vs. <br><br> RICK ARMSTRONG ENGINEERING & BUILDING CONTRACTOR, INC. et al., <br><br> Defendants. | Case No.: C 05-01684 TEH <br><br> **NOTICE OF VOLUNTARY DISMISSAL; ORDER THEREON** |

///////

NOTICE OF VOLUNTARY DISMISSAL; ORDER THEREON;
Case No. C 05-01684 TEH

- 1

NOTICE IS HEREBY GIVEN THAT PURSUANT to Federal Rule of Civil Procedure 41(a), Plaintiffs voluntarily dismiss the above-captioned action without prejudice, and request the Court to enter an order in conformity with their voluntary dismissal of the matter as to Defendants, and each of them. Defendant General Insurance Company of America is the only Defendant that was served with the complaint and summons relating to this matter.

Dated this ___ th day of May of 2005.

OPERATING ENGINEERS LOCAL UNION
NO. 3 TRUST FUNDS-MULTI SERVICES

By: _____
TRACY L. MAINGUY
ATTORNEY FOR PLAINTIFFS

**ORDER**

Based upon the above and pursuant to Federal Rule of Civil Procedure 41(a), this matter is dismissed without prejudice.

Dated:

_____
HONORABLE JUDGE THELTON E. HENDERSON

5/18/05